United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40805
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUADALUPE NIEVES-ALVAREZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-103-ALL
---------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Guadalupe Nieves-Alvarez ("Nieves") pleaded guilty to the

offense of being unlawfully found in the United States after

deportation subsequent to an aggravated felony, in violation of

8 U.S.C. § 1326(a) and (b). The district court sentenced him to

46 months in prison and three years of supervised release.

For the first time on appeal, Nieves argues that the

"felony" and "aggravated felony" provisions of 8 U.S.C.

§ 1326(b)(1) and (2) are unconstitutional in light of Apprendi v.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>New Jersey</u>, 530 U.S. 466 (2000).  He concedes that his argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998).  He also asserts that if <u>Almendarez-Torres</u> is overruled and <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004), is held to apply to the federal sentencing guidelines, then the calculation of his sentence would be unconstitutional.  Nieves's arguments are, as he concedes, foreclosed.  <u>See</u> <u>Almendarez-Torres</u>, 523 U.S. at 235, 239-47; <u>United States v. Pineiro</u>, 377 F.3d 464, 465-66 (5th Cir. 2004), <u>petition for cert. filed</u> (U.S. July 14, 2004)(No. 04-5263); <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000).  Nieves's conviction and sentence are AFFIRMED.